# Court of Appeals
# of the State of Georgia

ATLANTA,  November 16, 2022

*The Court of Appeals hereby passes the following order:*

## A23A0558. BLESSING N. JOHNSON v. UBER TECHNOLOGIES (GA), INC. et al.

Blessing N. Johnson filed an action against the defendants, Uber Technologies (GA), Inc. and Kendra Monique Clark, for negligent infliction of emotional distress and intentional infliction of emotional distress. The defendants filed a motion to dismiss Johnson's claims, which the trial court granted. Johnson appealed the dismissal, and this Court affirmed. See Case No. A21A1256 (decided Nov. 29, 2021). After remittitur to the trial court, Johnson filed a motion for reconsideration of the dismissal order. The trial court denied the motion, and Johnson filed this direct appeal. However, the denial of a motion for reconsideration is not directly appealable. *Bell v. Cohran*, 244 Ga. App. 510, 511 (536 SE2d 187) (2000). Accordingly, Johnson is not entitled to appellate review of the trial court's order denying her motion for reconsideration, and this appeal is hereby DISMISSED.



*Court of Appeals of the State of Georgia*
    *Clerk's Office, Atlanta,  11/16/2022*
    *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
    *Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ *, Clerk.*